JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. HAMILTON,<br><br>        Plaintiff,<br><br>    vs.<br><br>DEPUTY # 1, et al.,<br><br>        Defendants. | Case No. CV 12-1854-DOC (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: March 26, 2014

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1